In the United States
District Court for the
Western District of Louisiana

Matthew Keith McBride
Plaintiff                                           Summons
vs.                                                 Civil Action no. _____
Beauregard Parish
Defendant

To the Above-Named Defendants:
   You are hereby summoned and required to serve upon plaintiffs, whose address is PO Box 660334 Dallas, Texas 75266, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government of/or officer thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of Court:

Date: _____