Matthew McBride 12073357
P.O. Box 660334
Dallas, Texas
75266

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

FEB 21 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

NORTH TEXAS TX P&DC
DALLAS TX 753
19 FEB 2013 PM 10 L

FOREVER USA
Purple Martin

U.S. District Clerk
300 Fannin St. Suite 1167
Shreveport, Louisiana
71101-3083