UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MATTHEW KEITH MCBRIDE #12073357** | **CIVIL ACTION NO.  2:13CV390  SEC P** |
| **VERSUS** | **JUDGE MINALDI** |
| **BEAUREGARD PARISH** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the court is a civil rights suit filed on February 21, 2013.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reason(s):

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

Plaintiff has failed to submit either the $350.00 to file his complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $350.00 or a completed *in forma pauperis* application on approved forms in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE this _____ day of _____, 20\_\_\_\_.

_____

U.S. MAGISTRATE JUDGE

w/Enclosures to plaintiff:    1983 & 1915