# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **MATTHEW KEITH MCBRIDE** **#12073357** | **CIVIL ACTION NO.  2:13CV390   SEC P** |
| **VERSUS** | **JUDGE MINALDI** |
| **BEAUREGARD PARISH** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the court is a civil rights suit filed on February 21, 2013.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reason(s):

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the complaint <u>on approved forms</u> that are legibly handwritten or typewritten.**

Plaintiff has failed to submit either the $350.00 to file his complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $350.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE this 27th day of February, 2013.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

w/Enclosures to plaintiff:       1983 & 1915