

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MATTHEW KEITH MCBRIDE

Plaintiff

Prisoner # 12073357

VS.

BEAUREGARD PARISH

Defendant

Civil Action No. 2:13CV0390        SEC. P

Judge MINALDI

Magistrate Judge KAY

# COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.  **Previous Lawsuits**

   a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes [✓]   No [ ]

   b.   If your answer to the preceding question is "Yes," provide the following information.

      1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

      Northern District of Texas
      3:13-CV-00833-B-BH
      Eastern District of Texas
      6:13-CV-189

      2.   Name the parties to the previous lawsuit(s):

      Plaintiffs: Matthew N. McBride

      Defendants: Panola County, Tx & Pwynn et al &

      3.   Docket number(s): 3:13-CV-00833 , 6:13-CV-189

      4.   Date(s) on which each lawsuit was filed: 2-19-2013  2-17-2013

      5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

      Pending

Page 1 of 4

*(Rev. 12/6/12)*

Address P.O. Box 1660334 Dallas TX 75266

b.  Defendant, Beauregard Parish Clerk, is employed as
Beauregard Parish at 201 west 1st street Deridder, LA. 70634

Defendant, Beauregard Parish Narcotic dept. , is employed as
Beauregard Parish at 201 west 1st street Deridder LA 70634

Defendant, _____, is employed as

_____ at _____.

Additional defendants, Names to be given when documents are produced

## IV.    Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Records will show 01/19/2011 I matthew McBride was used to assit investigators detain Jeffery Cooley of Singer, La. and documents related to Jeffery Cooley's offence 01/19/2011 or about will be used to prove my involvement. Because of Probation rules & laws of Texas Beauregard Parish task force never requested 194th court of Dallas county for permission to use me. Beaurgrard Parish task force knew of Dallas county probation NCIC reflects probation status. The informant records, photo's, and all other documents related to: State of Louisiana v. Jeffery L. Cooley, offense date 01/19/11 or about, offense Jurisdiction Beauregard parish, offense type control sub. purchase/sale/poss (namely meth). Records will reflect me matthew McBride in custody at Panola county jail on 01/19/2011, records will also reflect myself there in Beaurgard Parish at the same time 01/19/2011 or about. All w/out the permission of Dallas county probation nor 194th JDC,

*(Rev. 12/6/12)*

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [    ]    No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.**    **a.**    **Name of institution and address of current place of confinement:**

Dallas County Jail Po Box 660334 Dallas Tx 75266

    b.    Is there a prison grievance procedure in this institution?

Yes [✓]    No [    ]

    1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [    ]    No [✓]

    2.    If you did not file an administrative grievance, explain why you have not done so.

_____

_____

    3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

My attachment is a copy of the letter mailed asking for needed information for proceedings in Texas. "evidence exhibits"

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**    **Parties to Current Lawsuit:**

    a.    Plaintiff,  Matthew Keith McBride

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

All Informant documents w/ matthew h. McBride on record in Beauregard Parish Louisiana, filed, not filed, documents located at the task force office. Informant: matthew keith McBride 01/18/1978, service date 01/19/2011 or about. service task: Reverse, sale, purchase. Target subject Jeffery Cooley. Names of all agents related to the case, and Panola county of TX. agents related.

**VI.   Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___07___ day of ___march___ , 20 _13_ .

___Dallas County 12073357___          ___M. McBride Sr.___
**Prisoner no. (Louisiana Department of**          **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**

Page 4 of 4

Matthew McBride # 12073357
P.O. Box 660334
Dallas, Tx. 75066

Mailed: 03/07/2013

X-RAY

NORTH TEXAS TX PDC
DALLAS TX 750
08 MAR 2013 PM 6 L

Clerk of the United States
District Court for the Western
District of Louisiana
300 Fannin Street, #1167
Shreveport, La. 71101-3083

Purple Martin

FOREVER
USA

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2011

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org