RECEIVED

MAR 11 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MATTHEW KEITH MCBRIDE

Plaintiff

Prisoner # 12073357

VS.

BEAUREGARD PARISH

Defendant

Civil Action No. 2:13CV0390        SEC. P

Judge MINALDI

Magistrate Judge KAY

**APPLICATION TO PROCEED *IN FORMA PAUPERIS*
PURSUANT TO 28 U.S.C. § 1915**

I, Matthew Keith McBride, prisoner/ICE identification number 12073357,
**(Full Name)**

declare that I am the: Plaintiff [✓]   Petitioner [ ]

* If you are a plaintiff in a civil rights action, are you serving a criminal

sentence?  Yes [✓]  No [ ]

* If you are **not** serving a criminal sentence, are you being held pursuant to a

detainer placed upon you by a government agency such as the U.S.

Immigration and Customs Enforcement (ICE)?  Yes [ ]  No [ ]

[ ] **Movant (filing 28 U.S.C. § 2255 motion)**

[✓] **Other** 1983 civil complaint

in this case.  In support of my request to proceed without prepayment of the full filing fee or

costs under 28 U.S.C. § 1915, I declare that I am unable to pay the full filing fee or costs of these

proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

Page 1 of 6

*(Rev. 12/6/12)*

1.  Are you incarcerated?    Yes ☑    No ☐

    If "Yes," state place of incarceration: _Dallas county jail, Dallas TX_
    _____

    If "No," this is the incorrect form. You should request the Application to Proceed *In Forma Pauperis* for non-prisoners.

2.  Do you have a work, program, status assignment, or other circumstances which causes you to be paid by the prison, jail, or other custodial institution?    Yes ☐    No ☑

3.  In the past 12 months have you received money from the following sources? If so, state the total amount received.                                  **Amount**

    a.  Business, profession, or other self-employment    Yes ☐    No ☐    $ _____

    b.  Rent payments, interest, or dividends    Yes ☐    No ☐    $ _____

    c.  Pensions, annuities, or life insurance payments    Yes ☐    No ☐    $ _____

    d.  Disability or Worker's Compensation Payments    Yes ☐    No ☐    $ _____

    e.  Gifts or Inheritances    Yes ☐    No ☐    $ _____

    f.  Any other sources    Yes ☑    No ☐    $ _Account Summary_ w/in

    If the answer to any of the above is "Yes," describe each source of money and state the amount received **and** the amount that you expect to continue to receive.

4.  Do you have **any** cash or checking or savings accounts outside the prison?

    Yes ☐        No ☑        Amount $ _____

5.  Do you have a secondary savings account, such as a certificate of deposit or a savings bond?

    Yes ☐        No ☑        Amount $ _____

6.  Do you own any assets including real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?

    Yes ☐        No ☑

*(Rev. 12/6/12)*

If "Yes," describe each asset and state its value:

|  |  | | Value |
|---|---|---|---|
| Automobiles | | $ | |
| Make/Model/Year | | $ | |
| Stocks | | $ | |
| Bonds | | $ | |
| Notes | | $ | |
| Real Estate | | $ | |
| | Mortgage Amount | $ | |
| Other | | $ | |

7. Have you on any prior occasion, while incarcerated or detained in any prison, jail, or other facility, brought an action in federal court that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted?

Yes [ ]        No [✓]

If "Yes," list the dismissals:

| Date Dismissed | Case Name | Case Number | Court |
|---|---|---|---|
| | vs. | | |
| | vs. | | |
| | vs. | | |

**I declare under penalty of perjury that I have submitted a complete statement of all of the assets that I possess and that all of the information set out above is true and correct.**

Executed on  03/07/2013                    M. McBride Sr.
          **(Date)**                              **(Signature of Applicant)**

Page 3 of 6

*(Rev. 12/6/12)*

# CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below financial certificate. I understand that:

(1)    if I commence a petition for Writ of Habeas Corpus in federal court pursuant to 28 U.S.C. §2254 or 28 U.S.C. §2241, the filing fee is $5.00, and such fee will have to be paid by me.

(2)    if I file a civil action with this court (such as an action pursuant to 42 U.S.C. §1983) the filing fee is $350.00, and, that:

    (a)    if my current account balance at the institution is $350.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $350.00 before I will be allowed to proceed with the action;

    (b)    if my current account balance at the institution is $350.00 or less and I am a prisoner and not an ICE detainee, that before the action will be served on the defendants, I will be required to pay 20 percent of my average monthly balance, or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20 percent of the preceding month's deposits to my account in months that my account balance exceeds $10.00, and I hereby authorize the institution where I am confined to make such deductions. I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

    (c)    if my current account balance at the institution is $350.00 or less and I am an ICE detainee granted IFP status, I will not pay any of the $350.00 filing fee in a civil matter and will only pay $5.00 in a habeas matter. If I am an ICE detainee and I am denied IFP status, I must pay the full $350.00 filing fee.

(3)    I further state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

(4)    if I am located in a prison participating in the Electronic Filing Pilot Project, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

03/07/2013    Matthew h. McBride    A. McBride sr.
**(Date)**    **(Printed Name of Applicant)**    **(Signature & Prison Number of Applicant)**

*(Rev. 12/6/12)*

## AUTHORIZATION

I, _Matthew M. McBride_ prisoner/ICE detainee identification number _12073357_ ,

request and authorize the institution holding me in custody, to send to the Clerk of Court for the United

States District Court, Western District of Louisiana, a certified copy of the statement for the last six months

of my account at the institution where I am incarcerated and/or detained. If required by this court, I further

authorize the institution holding me to forward from my account to the Clerk of Court any initial partial

filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits

to my prison account or the average monthly balance in my prison account for the six-month period

immediately preceding the filing of this complaint or petition. Thereafter, if I am a prisoner and not an ICE

detainee, I authorize the institution of incarceration to forward monthly payments of 20 percent of my

preceding month's income credited to my prison account to the Clerk of Court each time my balance

exceeds $10.00 until I have paid the filing fee in full.

This authorization is furnished in connection with the commencement of a civil action, and I

understand that the total amount of filing fees for which I am obligated is $350.00. I also understand if I

am a prisoner and not an ICE detainee that these fees will be debited from my account regardless of the

outcome of my civil action. This authorization shall apply to any other institution into whose custody I

may be transferred.

I further acknowledge that I have not directly or indirectly paid or caused to be paid to any inmate,

agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance

in the preparation of this document or any other document in connection with this action.

_03/07/2013_                          _M. McBride Sr._

**(Date)**                                       **(Signature of Prisoner)**