```
                              DALLAS COUNTY
                          Resident Account Summary
                      Wednesday, March 06, 2013 @11:42
================================================================================
 For BNO: 12073357    MCBRIDE, MATTHEW
--------------------------------------------------------------------------------
   Date     Transaction Description            Amount   Balance   Owed   Held   Reference
--------------------------------------------------------------------------------
 03/01/2013 EPR         OID:104175607-ComisaryPur  -1.90    0.13    0.00   0.00  03/01/2013
 02/27/2013 EPR         OID:104170068-ComisaryPur -16.16    2.03    0.00   0.00  02/27/2013
 02/26/2013 CYBERSUITE  2005713619329391344 JOE C  18.00   18.19    0.00   0.00  02/26/2013
 02/22/2013 EPR         OID:104162115-ComisaryPur -18.05    0.19    0.00   0.00  02/22/2013
 02/21/2013 CYBERSUITE  2009313615014501424 JOSH   18.00   18.24    0.00   0.00  02/21/2013
 02/21/2013 EPR         OID:104158295-ComisaryPur   0.00    0.24    0.00   0.00  02/21/2013
 02/15/2013 EPR         OID:104148795-ComisaryPur -15.61    0.24    0.00   0.00  02/15/2013
 02/14/2013 <HEALTH SVC Payment for HEALTH SVC CH  -2.38   15.85    0.00   0.00  02/14/2013
 02/14/2013 CYBERSUITE  2008313608955538865 JOSH   18.00   18.23    2.38   0.00  02/14/2013
 02/13/2013 EPR         OID:104144067-ComisaryPur  -0.32    0.23    2.38   0.00  02/13/2013
 02/11/2013 EPR         OID:104139054-ComisaryPur  -4.95    0.55    2.38   0.00  02/11/2013
 02/09/2013 <HEALTH SVC MEDICAL SERVICES           -7.62    5.50    2.38   0.00  02/09/2013
 02/09/2013 HEALTH SVC  MEDICAL SERVICES           10.00   13.12   10.00   0.00  02/09/2013
 02/07/2013 CYBERSUITE  20083136029094910562_JOSH  13.00   13.12    0.00   0.00  02/07/2013
 01/29/2013 EPR         OID:104115543-ComisaryPur   0.00    0.12    0.00   0.00  01/29/2013
 01/25/2013 EPR         OID:104109803-ComisaryPur -15.92    0.12    0.00   0.00  01/25/2013
 01/24/2013 <HEALTH SVC Payment for HEALTH SVC CH  -7.46   16.04    0.00   0.00  01/24/2013
 01/24/2013 CYBERSUITE  2009313590802912025 JOSH   18.00   23.50    7.46   0.00  01/24/2013
 01/20/2013 <HEALTH SVC MEDICAL SERVICE            -2.54    5.50    7.46   0.00  01/20/2013
 01/20/2013 HEALTH SVC  MEDICAL SERVICE            10.00    8.04   10.00   0.00  01/20/2013
 01/17/2013 <HEALTH SVC Payment for HEALTH SVC CH -10.00    8.04    0.00   0.00  01/17/2013
 01/17/2013 <HEALTH SVC Payment for HEALTH SVC CH  -0.56   18.04   10.00   0.00  01/17/2013
 01/17/2013 CYBERSUITE  2005713584748361024 JOSH   18.00   18.60   10.56   0.00  01/17/2013
 01/11/2013 EPR         OID:104082979-ComisaryPur  -5.40    0.60   10.56   0.00  01/11/2013
 01/10/2013 <HEALTH SVC Payment for HEALTH SVC CH  -9.44    6.00   10.56   0.00  01/10/2013
 01/10/2013 <HEALTH SVC Payment for HEALTH SVC CH  -7.69   15.44   20.00   0.00  01/10/2013
 01/10/2013 CYBERSUITE  2009313578717687655 JOSH   23.00   23.13   27.69   0.00  01/10/2013
 01/08/2013 HEALTH SVC  KITE                       10.00    0.13   27.69   0.00  01/08/2013
 01/04/2013 EPR         OID:104069933-ComisaryPur   0.00    0.13   17.69   0.00  01/04/2013
 01/03/2013 HEALTH SVC  KITE                       10.00    0.13   17.69   0.00  01/03/2013
 12/21/2012 EPR         OID:104046986-ComisaryPur   0.00    0.13    7.69   0.00  12/21/2012
 12/11/2012 EPR         OID:104028381-ComisaryPur  -0.32    0.13    7.69   0.00  12/11/2012
 12/03/2012 EPR         OID:104013677-ComisaryPur  -5.55    0.45    7.69   0.00  12/03/2012
 11/29/2012 <HEALTH SVC Payment for HEALTH SVC CH  -2.31    6.00    7.69   0.00  11/29/2012
 11/29/2012 <HEALTH SVC Payment for HEALTH SVC CH -10.00    8.31   10.00   0.00  11/29/2012
 11/29/2012 CYBERSUITE  2009313542445304640 JOSH   18.00   18.31   20.00   0.00  11/29/2012
 11/29/2012 EPR         OID:104007411-ComisaryPur   0.00    0.31   20.00   0.00  11/29/2012
 11/27/2012 HEALTH SVC  KITE                       10.00    0.31   20.00   0.00  11/27/2012
 11/13/2012 HEALTH SVC  KITE                       10.00    0.31   10.00   0.00  11/13/2012
 11/12/2012 EPR         OID:103974087-ComisaryPur -38.44    0.31    0.00   0.00  11/12/2012
 11/08/2012 EPR         OID:103968612-ComisaryPur -10.44   38.75    0.00   0.00  11/08/2012
 11/05/2012 EPR         OID:103962929-ComisaryPur  -9.45   49.19    0.00   0.00  11/05/2012
 11/02/2012 DEPCA       INITIAL ENTRY              58.64   58.64    0.00   0.00  11/02/2012
```