RECEIVED
MAR 28 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

(Rev. 12/6/12)

2:13-cv-0390 SEC P

## TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION

I certify that __MCBRIDE, MATHEW, 12073357__ (prisoner/detainee name and number) has the current sum of $ __0.27__ on account to his credit at __DALLAS COUNTY JAIL__ (name of institution). I further certify that during the past six months the applicant's average balance was $ __4.86__ and that the applicant's average monthly deposits were $ __48.52__ I have attached a certified copy of the applicant's prison trust fund account showing at least the past six months' transactions.

I further certify that the applicant does [ ] does not [X] have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ __NOT APPLICABLE__

__MARCH 21, 2013__
(Date)

(Signature of Authorized Officer)

DALLAS COUNTY SHERIFF'S DEPT. 3150
111 COMMERCE STREET
DALLAS, TEXAS 75202

__K. KONCHERIA__
(Printed Name of Authorized Officer)

THIS PAGE MUST BE COMPLETED BY AUTHORIZED ACCOUNTS OFFICER IN ORDER TO BE PROCESSED.

Matthew Keith McBride
12073357
Dallas County Jail
P O Box 660334
Dallas, TX 75266

MAR 28 2013
TONY R. MOORE, CLERK
BY _____ DEPUTY

X-RAY
CLEARED FOR DEL

7050168525

CLERK, UNITED STATES DISTRICT COURT
Western District of Louisiana
John M. Shaw United States Courthouse
800 Lafayette St., Suite 2100
Lafayette, Louisiana 70501

NORTH TEXAS TX PDC
DALLAS TX 750
25 MAR 2013 PM 6 L

Purple Martin
FOREVER
USA