```
                              DALLAS COUNTY
          ==================================================

                        Resident Account Summary
                   Thursday, March 21, 2013  @20:54
          ==================================================
```

For BNO: 12073357   MCBRIDE, MATTHEW

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 03/20/2013 | EPR | OID:104210590-ComisaryPurc | -13.56 | 0.27 | 0.00 | 0.00 | 03/20/2013 |
| 03/19/2013 | EPR | OID:104207021-ComisaryPurc | -26.30 | 13.83 | 0.00 | 0.00 | 03/19/2013 |
| 03/19/2013 | CYBERSUITE | 70863828 muffit courtney | 40.00 | 40.13 | 0.00 | 0.00 | 03/19/2013 |
| 03/11/2013 | EPR | OID:104192810-ComisaryPurc | 0.00 | 0.13 | 0.00 | 0.00 | 03/11/2013 |
| 03/01/2013 | EPR | OID:104175607-ComisaryPurc | -1.90 | 0.13 | 0.00 | 0.00 | 03/01/2013 |
| 02/27/2013 | EPR | OID:104170068-ComisaryPurc | -16.16 | 2.03 | 0.00 | 0.00 | 02/27/2013 |
| 02/26/2013 | CYBERSUITE | 2005713619329391344 JOE CC | 18.00 | 18.19 | 0.00 | 0.00 | 02/26/2013 |
| 02/22/2013 | EPR | OID:104162115-ComisaryPurc | -18.05 | 0.19 | 0.00 | 0.00 | 02/22/2013 |
| 02/21/2013 | CYBERSUITE | 2009313615014501424 JOSH | 18.00 | 18.24 | 0.00 | 0.00 | 02/21/2013 |
| 02/21/2013 | EPR | OID:104158295-ComisaryPurc | 0.00 | 0.24 | 0.00 | 0.00 | 02/21/2013 |
| 02/15/2013 | EPR | OID:104148795-ComisaryPurc | -15.61 | 0.24 | 0.00 | 0.00 | 02/15/2013 |
| 02/14/2013 | <HEALTH SVC | Payment for HEALTH SVC CHC | -2.38 | 15.85 | 0.00 | 0.00 | 02/14/2013 |
| 02/14/2013 | CYBERSUITE | 2008313608955538865 JOSH | 18.00 | 18.23 | 2.38 | 0.00 | 02/14/2013 |
| 02/13/2013 | EPR | OID:104144067-ComisaryPurc | -0.32 | 0.23 | 2.38 | 0.00 | 02/13/2013 |
| 02/11/2013 | EPR | OID:104139054-ComisaryPurc | -4.95 | 0.55 | 2.38 | 0.00 | 02/11/2013 |
| 02/09/2013 | <HEALTH SVC | MEDICAL SERVICES | -7.62 | 5.50 | 2.38 | 0.00 | 02/09/2013 |
| 02/09/2013 | HEALTH SVC | MEDICAL SERVICES | 10.00 | 13.12 | 10.00 | 0.00 | 02/09/2013 |
| 02/07/2013 | CYBERSUITE | 2008313629094910562 JOSH | 13.00 | 13.12 | 0.00 | 0.00 | 02/07/2013 |
| 01/29/2013 | EPR | OID:104115543-ComisaryPurc | 0.00 | 0.12 | 0.00 | 0.00 | 01/29/2013 |
| 01/25/2013 | EPR | OID:104109803-ComisaryPurc | -15.92 | 0.12 | 0.00 | 0.00 | 01/25/2013 |
| 01/24/2013 | <HEALTH SVC | Payment for HEALTH SVC CHC | -7.46 | 16.04 | 0.00 | 0.00 | 01/24/2013 |
| 01/24/2013 | CYBERSUITE | 2009313590812912025 JOSH | 18.00 | 23.50 | 7.46 | 0.00 | 01/24/2013 |
| 01/20/2013 | <HEALTH SVC | MEDICAL SERVICE | -2.54 | 5.50 | 7.46 | 0.00 | 01/20/2013 |
| 01/20/2013 | HEALTH SVC | MEDICAL SERVICE | 10.00 | 8.04 | 10.00 | 0.00 | 01/20/2013 |
| 01/17/2013 | <HEALTH SVC | Payment for HEALTH SVC CHC | -10.00 | 8.04 | 0.00 | 0.00 | 01/17/2013 |
| 01/17/2013 | <HEALTH SVC | Payment for HEALTH SVC CHC | -0.56 | 18.04 | 10.00 | 0.00 | 01/17/2013 |
| 01/17/2013 | CYBERSUITE | 2005713584748361082 4 JOSH | 18.00 | 18.60 | 10.56 | 0.00 | 01/17/2013 |
| 01/11/2013 | EPR | OID:104082979-ComisaryPurc | -5.40 | 0.60 | 10.56 | 0.00 | 01/11/2013 |
| 01/10/2013 | <HEALTH SVC | Payment for HEALTH SVC CHC | -9.44 | 6.00 | 10.56 | 0.00 | 01/10/2013 |
| 01/10/2013 | <HEALTH SVC | Payment for HEALTH SVC CHC | -7.69 | 15.44 | 20.00 | 0.00 | 01/10/2013 |
| 01/10/2013 | CYBERSUITE | 2009313578717687655 JOSH | 23.00 | 23.13 | 27.69 | 0.00 | 01/10/2013 |
| 01/08/2013 | HEALTH SVC | KITE | 10.00 | 0.13 | 27.69 | 0.00 | 01/08/2013 |
| 01/04/2013 | EPR | OID:104069933-ComisaryPurc | 0.00 | 0.13 | 17.69 | 0.00 | 01/04/2013 |
| 01/03/2013 | HEALTH SVC | KITE | 10.00 | 0.13 | 17.69 | 0.00 | 01/03/2013 |
| 12/21/2012 | EPR | OID:104046986-ComisaryPurc | 0.00 | 0.13 | 7.69 | 0.00 | 12/21/2012 |
| 12/11/2012 | EPR | OID:104028381-ComisaryPurc | -0.32 | 0.13 | 7.69 | 0.00 | 12/11/2012 |
| 12/03/2012 | EPR | OID:104013677-ComisaryPurc | -5.55 | 0.45 | 7.69 | 0.00 | 12/03/2012 |
| 11/29/2012 | <HEALTH SVC | Payment for HEALTH SVC CHC | -2.31 | 6.00 | 7.69 | 0.00 | 11/29/2012 |
| 11/29/2012 | <HEALTH SVC | Payment for HEALTH SVC CHC | -10.00 | 8.31 | 10.00 | 0.00 | 11/29/2012 |
| 11/29/2012 | CYBERSUITE | 2009313542445304640 JOSH | 18.00 | 18.31 | 20.00 | 0.00 | 11/29/2012 |
| 11/29/2012 | EPR | OID:104007411-ComisaryPurc | 0.00 | 0.31 | 20.00 | 0.00 | 11/29/2012 |
| 11/27/2012 | HEALTH SVC | KITE | 10.00 | 0.31 | 20.00 | 0.00 | 11/27/2012 |
| 11/13/2012 | HEALTH SVC | KITE | 10.00 | 0.31 | 10.00 | 0.00 | 11/13/2012 |
| 11/12/2012 | EPR | OID:103974087-ComisaryPurc | -38.44 | 0.31 | 0.00 | 0.00 | 11/12/2012 |
| 11/08/2012 | EPR | OID:103968612-ComisaryPurc | -10.44 | 38.75 | 0.00 | 0.00 | 11/08/2012 |
| 11/05/2012 | EPR | OID:103962929-ComisaryPurc | -9.45 | 49.19 | 0.00 | 0.00 | 11/05/2012 |
| 11/02/2012 | DEPCA | INITIAL ENTRY | 58.64 | 58.64 | 0.00 | 0.00 | 11/02/2012 |

DALLAS COUNTY SHERIFF'S DEPT. 3150
111 COMMERCE STREET
DALLAS, TEXAS 75202