# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **MATTHEW KEITH MCBRIDE #12073357** | **CIVIL ACTION NO.  2:13CV390     SEC P** |
| **VERSUS** | **JUDGE MINALDI** |
| **BEAUREGARD PARISH ET AL** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

The attached application to proceed *in forma pauperis* having been considered,

IT IS ORDERED that petitioner be allowed to proceed in forma pauperis in this action.

IT IS ORDERED UNDER 28 U.S.C. § 1915(b) that the sum of **$9.70** be paid as an initial partial filing fee and that this fee be forwarded to the **Clerk of Court, 300 Fannin Street, Shreveport, LA 71101-3083**, by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

IT IS FURTHER ORDERED THAT, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the $350.00 filing fee is fully paid to this Court.  The Sheriff, Warden or authorized prison official shall forward such payment to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, EACH TIME The amount in the inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

IT IS ALSO ORDERED THAT, if plaintiff is transferred to another facility or released from custody, the plaintiff shall notify the Court of his new facility or forwarding address.

THUS DONE this _____ day of _____, 20\_\_\_\_.

_____

U.S. MAGISTRATE JUDGE

cc: Accounts Officer Dallas County Jail