RECEIVED
MAR 27 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

Clerk, United States District Court:  03/22/2013
Re: McBride v. Beauregard Parish
Case Number: 2:13-cv-00390-PM-KK

Thank you for helping me process this trust fund account document. Magistrate Judge Kathleen Kay set a deadline for 3/29/13 to have this submitted.

The Dallas County Jail Vault would not fill out the document but they provided the account transactions since me being in this facility.

Please forward these documents that will help proceed w/ my IFP application.

Thank you
M. McBride

```
============================================================
                    DALLAS COUNTY                              2u05
============================================================

                 Resident Account Summary
                 Wednesday, March 06, 2013  @11:42
==================================================================
```

For BNO: 12073357    MCBRIDE, MATTHEW

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 03/01/2013 | EPR | OID:104175607-ComisaryPur | -1.90 | 0.13 | 0.00 | 0.00 | 03/01/2013 |
| 02/27/2013 | EPR | OID:104170068-ComisaryPur | -16.16 | 2.03 | 0.00 | 0.00 | 02/27/2013 |
| 02/26/2013 | CYBERSUITE | 2005713619329391344 JOE C | 18.00 | 18.19 | 0.00 | 0.00 | 02/26/2013 |
| 02/22/2013 | EPR | OID:104162115-ComisaryPur | -18.05 | 0.19 | 0.00 | 0.00 | 02/22/2013 |
| 02/21/2013 | CYBERSUITE | 2009313615014501424 JOSH | 18.00 | 18.24 | 0.00 | 0.00 | 02/21/2013 |
| 02/21/2013 | EPR | OID:104158295-ComisaryPur | 0.00 | 0.24 | 0.00 | 0.00 | 02/21/2013 |
| 02/15/2013 | EPR | OID:104148795-ComisaryPur | -15.61 | 0.24 | 0.00 | 0.00 | 02/15/2013 |
| 02/14/2013 | <HEALTH SVC | Payment for HEALTH SVC CH | -2.38 | 15.85 | 0.00 | 0.00 | 02/14/2013 |
| 02/14/2013 | CYBERSUITE | 2008313608955538865 JOSH | 18.00 | 18.23 | 2.38 | 0.00 | 02/14/2013 |
| 02/13/2013 | EPR | OID:104144067-ComisaryPur | -0.32 | 0.23 | 2.38 | 0.00 | 02/13/2013 |
| 02/11/2013 | EPR | OID:104139054-ComisaryPur | -4.95 | 0.55 | 2.38 | 0.00 | 02/11/2013 |
| 02/09/2013 | <HEALTH SVC | MEDICAL SERVICES | -7.62 | 5.50 | 2.38 | 0.00 | 02/09/2013 |
| 02/09/2013 | HEALTH SVC | MEDICAL SERVICES | 10.00 | 13.12 | 10.00 | 0.00 | 02/09/2013 |
| 02/07/2013 | CYBERSUITE | 2008313602909491 0562 JOSH | 13.00 | 13.12 | 0.00 | 0.00 | 02/07/2013 |
| 01/29/2013 | EPR | OID:104115543-ComisaryPur | 0.00 | 0.12 | 0.00 | 0.00 | 01/29/2013 |
| 01/25/2013 | EPR | OID:104109803-ComisaryPur | -15.92 | 0.12 | 0.00 | 0.00 | 01/25/2013 |
| 01/24/2013 | <HEALTH SVC | Payment for HEALTH SVC CH | -7.46 | 16.04 | 0.00 | 0.00 | 01/24/2013 |
| 01/24/2013 | CYBERSUITE | 2009313590802912025 JOSH | 18.00 | 23.50 | 7.46 | 0.00 | 01/24/2013 |
| 01/20/2013 | <HEALTH SVC | MEDICAL SERVICE | -2.54 | 5.50 | 7.46 | 0.00 | 01/20/2013 |
| 01/20/2013 | HEALTH SVC | MEDICAL SERVICE | 10.00 | 8.04 | 10.00 | 0.00 | 01/20/2013 |
| 01/17/2013 | <HEALTH SVC | Payment for HEALTH SVC CH | -10.00 | 8.04 | 0.00 | 0.00 | 01/17/2013 |
| 01/17/2013 | <HEALTH SVC | Payment for HEALTH SVC CH | -0.56 | 18.04 | 10.00 | 0.00 | 01/17/2013 |
| 01/17/2013 | CYBERSUITE | 2005713584748361 0824 JOSH | 18.00 | 18.60 | 10.56 | 0.00 | 01/17/2013 |
| 01/11/2013 | EPR | OID:104082979-ComisaryPur | -5.40 | 0.60 | 10.56 | 0.00 | 01/11/2013 |
| 01/10/2013 | <HEALTH SVC | Payment for HEALTH SVC CH | -9.44 | 6.00 | 10.56 | 0.00 | 01/10/2013 |
| 01/10/2013 | <HEALTH SVC | Payment for HEALTH SVC CH | -7.69 | 15.44 | 20.00 | 0.00 | 01/10/2013 |
| 01/10/2013 | CYBERSUITE | 2009313578717687655 JOSH | 23.00 | 23.13 | 27.69 | 0.00 | 01/10/2013 |
| 01/08/2013 | HEALTH SVC | KITE | 10.00 | 0.13 | 27.69 | 0.00 | 01/08/2013 |
| 01/04/2013 | EPR | OID:104069933-ComisaryPur | 0.00 | 0.13 | 17.69 | 0.00 | 01/04/2013 |
| 01/03/2013 | HEALTH SVC | KITE | 10.00 | 0.13 | 17.69 | 0.00 | 01/03/2013 |
| 12/21/2012 | EPR | OID:104046986-ComisaryPur | 0.00 | 0.13 | 7.69 | 0.00 | 12/21/2012 |
| 12/11/2012 | EPR | OID:104028381-ComisaryPur | -0.32 | 0.13 | 7.69 | 0.00 | 12/11/2012 |
| 12/03/2012 | EPR | OID:104013677-ComisaryPur | -5.55 | 0.45 | 7.69 | 0.00 | 12/03/2012 |
| 11/29/2012 | <HEALTH SVC | Payment for HEALTH SVC CH | -2.31 | 6.00 | 7.69 | 0.00 | 11/29/2012 |
| 11/29/2012 | <HEALTH SVC | Payment for HEALTH SVC CH | -10.00 | 8.31 | 10.00 | 0.00 | 11/29/2012 |
| 11/29/2012 | CYBERSUITE | 2009313542445304640 JOSH | 18.00 | 18.31 | 20.00 | 0.00 | 11/29/2012 |
| 11/29/2012 | EPR | OID:104007411-ComisaryPur | 0.00 | 0.31 | 20.00 | 0.00 | 11/29/2012 |
| 11/27/2012 | HEALTH SVC | KITE | 10.00 | 0.31 | 20.00 | 0.00 | 11/27/2012 |
| 11/13/2012 | HEALTH SVC | KITE | 10.00 | 0.31 | 10.00 | 0.00 | 11/13/2012 |
| 11/12/2012 | EPR | OID:103974087-ComisaryPur | -38.44 | 0.31 | 0.00 | 0.00 | 11/12/2012 |
| 11/08/2012 | EPR | OID:103968612-ComisaryPur | -10.44 | 38.75 | 0.00 | 0.00 | 11/08/2012 |
| 11/05/2012 | EPR | OID:103962929-ComisaryPur | -9.45 | 49.19 | 0.00 | 0.00 | 11/05/2012 |
| 11/02/2012 | DEPCA | INITIAL ENTRY | 58.64 | 58.64 | 0.00 | 0.00 | 11/02/2012 |

# TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION

I certify that _____ (prisoner/detainee name and number) has the current sum of $ _____ on account to his credit at _____ (name of institution). I further certify that during the past six months the applicant's average balance was $ _____ and that the applicant's average monthly deposits were $ _____ . I have attached a certified copy of the applicant's prison trust fund account showing at least the past six months' transactions.

I further certify that the applicant does [ ] does not [ ] have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ _____ .

_____
**(Date)**

_____
**(Signature of Authorized Officer)**

_____
**(Printed Name of Authorized Officer)**

Dallas County Jail refused to comply w/ this form yet they provided an account history. Executed 3/22/13 : M. McBride

Matthew McBride #20735571
P.O. Box 660334
Dallas, TX 75266

Clerk, United States District Court
Western District of Louisiana
U.S. Courthouse
300 Fannin St. Suite 1167
Shreveport, Louisiana
71101-3083

RECEIVED
MAR 27 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY ___

NORTH TEXAS TX PDC
25 MAR 2013 PM 2 L

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2011
SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

Purple Martin
FOREVER USA

7110 3083

