RECEIVED
IN LAKE CHARLES

MAR 13 2014

TONY R. ___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| MATTHEW KEITH MCBRIDE | * | CIVIL ACTION NO. 2:13-CV-390 |
| --- | --- | --- |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| BEAUREGARD PARISH, ET AL. | * | |
| Defendants | * | |
| | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 1\_ day of \_\_March\_\_, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE